B6H (Official Form 6H) (12/07)

In re   Diane Rubizhevsky                                                           Case No.   09-32437
                                              Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | Internal Revenue Service<br>PO Box 724<br>Springfield, NJ 07081 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | State of New Jersey<br>Division of Taxation<br>PO Box 046<br>Trenton, NJ 08646 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | ACS Loan Corporation<br>PO Box 7051<br>Utica, NY 13504 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | American Express Green Personal<br>PO Box 1270<br>Newark, NJ 07101 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | American Express Optima<br>PO Box 1270<br>Newark, NJ 07101 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | American Express Platinum<br>PO Box 1270<br>Newark, NJ 07101 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | American Expresss Rewards Gold<br>PO Box 1270<br>Newark, NJ 07101 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | Chase LLC LOC<br>PO Box 4661<br>Houston, TX 77210 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | Comfort Co. Inc.<br>c/o Duane Morris, LLC<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | Continental Visa<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | Herold Law<br>25 Independece Blvd.<br>Warren, NJ 07059 |

1
_____  continuation sheets attached to Schedule of Codebtors

In re   Diane Rubizhevsky                                         Case No.    09-32437
                           Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | PNC LLC LOC<br>PO Box 747032<br>Pittsburgh, PA 15274-7032 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | PNC LOC<br>PO Box 747032<br>Pittsburgh, PA 15274 |
| Diane Rubizhevsky, LLC<br>88 Bookwood Drive<br>Freehold, NJ | Steger Gowie & Co, Inc.<br>411 Old Baltimore Pike<br>Chadds Ford, PA 19317 |
| Fred C. Natrin<br>88 Brookwood Drive<br>Freehold, NJ 07728 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| Fred C. Natrin<br>88 Brookwood Drive<br>Freehold, NJ 07728 | PNC Bank<br>249 5th Avenue<br>PNC Plaza<br>Pittsburgh, PA 15222 |
| Fred C. Natrin<br>88 Brookwood Drive<br>Freehold, NJ 07728 | Fiesta Americana<br>Vacation Club at Cabo Del Sol<br>Cabo San Lucas, Mexico 23410 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Codebtors