# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## ACCOUNTANT FEE APPLICATION COVER SHEET

IN RE: Estate of Diane Rubizhevsky          APPLICANT: Cupersmith, Wilensky, Steiger, Stempler & Company, LLP

CASE NO: 09-32437 (KCF)          CLIENT: THOMAS J. ORR, TRUSTEE

CHAPTER: 7          CASE FILED: August 27, 2009

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY. RETENTION ORDERS ATTACHED.

_____   1/27/11
SIGNATURE OF APPLICANT          DATE

## SECTION I
## FEE SUMMARY

INTERIM FEE APPLICATION NO. __1__

TOTAL PREVIOUS FEE REQUESTED:          $ 0.00

TOTAL FEES ALLOWED TO DATE:            $ 0.00

TOTAL RETAINER (IF APPLICABLE)         $ 0.00

TOTAL HOLDBACK (IF APPLICABLE)         $ 0.00

TOTAL RECEIVED BY APPLICANT            $ 0.00

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| 1. Neal A. Cupersmith, CPA - Partner | 2.00 | 300.00 | 600.00 |
| 2. Rhonda B. Goldberg, CPA - Senior Accountant | 3.25 | 175.00 | 568.75 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

FEE TOTALS - PAGE 2          1,168.75
DISBURSEMENTS TOTALS - PAGE 3          0.00

TOTAL FEE APPLICATION          1,168.75

NJ LOCAL FORM 4

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Telephone Calls | 0.25 | 43.75 |
| b) Correspondence Drafted/Reviewed | | |
| c) Court Appearances & Trial Preparation | | |
| d) Planning and Administration:<br>(1) Staff Meetings<br>(2) Work Program & Scope of Services | —— | —— |
| e) Meetings with Parties to Case | | |
| f) Review of File | 2.00 | 412.50 |
| g) Travel Time | | |
| h) Analyze Cash Flow and Debtor Performance | | |
| i) Analyze Assets and Liabilities | | |
| j) Maintenance and Preparation of Books | | |
| k) Prepare and Review DIP Reports | | |
| l) Prepare Financial Statements and Reports | | |
| m) Prepare Payroll and Income Tax Returns | 1.50 | 262.50 |
| n) Obtain and Inventory Records | | |
| o) Investigate and Documentation of Preferences and Fraudulent Conveyances | | |
| p) Analyze and Document Proof of Claim | | |
| q) Prepare Schedules and Statement of Financial Affairs | | |
| r) Plan and Disclosure Statement Services | | |
| s) Prepare Fee Application | 0.50 | 150.00 |
| t) Other Services:<br>Review tax returns<br><br>(con't Other Services to a Separate Page if Needed) | 1.00 | 300.00 |
| **SERVICE TOTALS:** | 5.25 | 1,168.75 |

NJ LOCAL FORM 4

## SUMMARIZE THE SERVICES RENDERED IN NARRATIVE FORM:

Various telephone conversations and email with the trustees office regarding the case. Reviewed case history and prepared and reviewed federal and state tax returns for the year January 21, 2010 to January 13, 2011.

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Telephone | |
| b) Messenger Service | |
| c) Photocopying   No. of Pages ____  Rate per Page ____ | |
| d) Travel | |
| e) Postage | |
| f) Overnight Mail | |
| g) Facsimile Charges | |
| h) Other (explain) _____ _____ _____ | _____ _____ |
| **DISBURSEMENT TOTAL:** | |

NJ LOCAL FORM 4

---
### SECTION IV
### CASE HISTORY
---

**(1) DATE CASE FILED:**    August 27, 2009

**(2) CHAPTER UNDER WHICH CASE WAS COMMENCED**    7

**(3) DATE OF RETENTION:**    December 6, 2010
  (ANNEX COPY OF ORDER(S))
  IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS TO
  RETENTION, SET FORTH:    50

NJ LOCAL FORM 4

Order Filed on 12/6/2010 by US Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>THOMAS J. ORR<br>321 HIGH STREET<br>BURLINGTON, NJ 08016<br>(609)386-8700<br>ATTORNEY FOR TRUSTEE | Case No. 09-32437<br><br>Judge:   Kathryn C. Ferguson |
| In re<br>    DIANE RUBIZHEVSKY<br><br>Debtor(s). | Chapter: 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF Cupersmith, Wilensky, Steiger and Stempler

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**

DATED: 12/6/2010

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: **DIANE RUBIZHEVSKY**

Case No. 09-32437

Applicant: Thomas J. Orr

(check all that apply)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | Trustee: | ☒ | Chap. 7 | ☐ | Chap. 11 | ☐ | Chap. 13 |
| ☐ | Debtor: | ☐ | Chap. 11 | ☐ | Chap. 13 | | |
| ☐ | Official Committee of _____ | | | | | | |

Name of professional Cupersmith, Wilensky, Steiger and Stempler

Address of Professional: 10 Grove Street, Cherry Hill, NJ 08002

☐ Attorney for (check all that apply):

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☒ Accountant for:

  ☒ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:

  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel

  ☐ Auctioneer    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

*Approved by Judge Kathryn C. Ferguson December 06, 2010*

2. Compensation shall be paid in such amounts as may be allowed by the Court

Upon proper application therefore.

3. The effective date of the retention is the date the application was filed with the

Court.

3

*Approved by Judge Kathryn C. Ferguson December 06, 2010*